# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STERLING D. WOOLFORD**                          **PLAINTIFF**

**v.**                                     **No. 4:22-cv-655-DPM**

**HIGGINS, Sheriff, Pulaski**
**County Regional Detention Facility;**
**HALE, Judge, Sherwood**                          **DEFENDANTS**

## JUDGMENT

Woolford's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2022